OPINION — AG — ** ALCOHOLIC BEVERAGES — SALE OF BEVERAGE — TIME — CLOSING TIME ** WE ARE ENCLOSING A COPY OF OPINION NO. AUGUST 2, 1947 — HATCHER REGARDING THE PROHIBITION OF SALE OF BEVERAGES BETWEEN 2 P.M. AND 12 NOON SUNDAY. (SALE, TAVERN, SALOONS) CITE: 37 O.S. 213 [37-213], OPINION NO. JUNE 22, 1950 — MORRISON, OPINION NO. MAY 9, 1949 — BRANNON (SAM H. LATTIMORE)